**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Eastern District of New York

Case number (*If known*): _____  Chapter  11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  Albany Inn LLC

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)  84-4822868

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 120 Beach 3rd Street | PO Box 24 |
| Number  Street | Number  Street |
|  | P.O. Box |
| Far Rockaway   NY   11691 | Westwood   MA   02090 |
| City   State   ZIP Code | City   State   ZIP Code |
|  | **Location of principal assets, if different from principal place of business** |
| Queens County |  |
| County | Number  Street |
|  |  |
|  | City   State   ZIP Code |

5. **Debtor's website** (URL)  _____

6. **Type of debtor**
   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor __Albany Inn LLC__                                      Case number (*if known*)_____
         Name

7. **Describe debtor's business**

   A. *Check one:*
   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ☑ None of the above

   B. *Check all that apply:*
   ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .
   __5311__

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

   *Check one:*
   ☐ Chapter 7
   ☐ Chapter 9
   ☑ Chapter 11. *Check **all** that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ☑ No
   ☐ Yes.  District _____ When _____ Case number _____
                                       MM / DD / YYYY
           District _____ When _____ Case number _____
                                       MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☐ No
    ☑ Yes.  Debtor __Union Fund LLC__                Relationship _____
            District __Eastern District of Ne York__  When __08/14/2023__
                                                           MM / DD / YYYY
            Case number, if known __23-42902-ess__

Official Form 201                Voluntary Petition for Non-Individuals Filing for Bankruptcy                page **2**

Debtor  Albany Inn LLC                                         Case number (*if known*)_____
        Name

**11. Why is the case filed in *this district*?**

*Check all that apply:*

❏ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

❏ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

❏ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

❏ It needs to be physically secured or protected from the weather.

❏ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

❏ Other _____

**Where is the property?** _____
Number    Street

_____
_____
City                                      State    ZIP Code

**Is the property insured?**

❏ No
❏ Yes. Insurance agency _____
          Contact name  _____
          Phone         _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

❏ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49                ❏ 1,000-5,000         ❏ 25,001-50,000
❏ 50-99               ❏ 5,001-10,000        ❏ 50,001-100,000
❏ 100-199             ❏ 10,001-25,000       ❏ More than 100,000
❏ 200-999

**15. Estimated assets**

❏ $0-$50,000              ☒ $1,000,001-$10 million      ❏ $500,000,001-$1 billion
❏ $50,001-$100,000        ❏ $10,000,001-$50 million     ❏ $1,000,000,001-$10 billion
❏ $100,001-$500,000       ❏ $50,000,001-$100 million    ❏ $10,000,000,001-$50 billion
❏ $500,001-$1 million     ❏ $100,000,001-$500 million   ❏ More than $50 billion

---

Debtor  Albany Inn LLC
_____
Name

Case number (*if known*) _____

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☑ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07/18/2025
           MM  / DD / YYYY

✘ /s/ Eldad Cohen
Signature of authorized representative of debtor

Eldad Cohen
Printed name

Title  Manager

**18. Signature of attorney**

✘ /s/ Gary Kushner
Signature of attorney for debtor

Date  07/18/2025
      MM  / DD / YYYY

Gary Kushner
Printed name

Goetz Platzer LLP
Firm name

1 Penn Plaza Suite 3100
Number     Street

New York
City

NY
State

10119
ZIP Code

2126958100
Contact phone

gkushner@goetzfitz.com
Email address

2262699
Bar number

NY
State

AAA Satellite Security
7164 Kaw Drive
Kansas City, KS 66111

Albany County Division of Social Services
162 Washington Avenue
Albany, NY 12210

Albany County Water
10 North Enterprise Drive
Albany, NY 12204

Berkshire Hathaway Guard Insurance Companies
PO Box 785570
Philadelphia, PA 19178-5570

Booking.com
28 Liberty St
Floor 29
New York, NY 10005-1499

CASELLA WASTE SYSTEMS, INC
P.O. BOX 1372
WILLISTON, VT 05495-1372

Crisafulli Bros.
25 Industrial Park Rd
Albany, NY 12206

Dish Network LLC
5505 N. Cumberland Ave
Dept CH 10193, Suite 307
Chicago, IL 60656-1471

Expedia, Inc.
1111 Expedia Group Way W
Seattle, WA 98119

Ginsberg Foods
PO Box 17
Hudson, NY 12534

Golden Waffles
100 Braxton Way
Suite 100
Glen Mills, PA 19342

HD Supply
3400 Cumberland Blvd SE
Atlanta, GA 30339

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Lamar
2 Airport Park Blvd.
Latham, NY 12110

Morgan Linen Service
145 Broadway
Albany, NY 12204

National Elevator Inspection Services Inc.
PO Box 7411587
Chicago, IL 60674-1587

Nationalgrid
PO Box 371376
Pittsburgh, PA 15250-7370

Nationalgrid - Gas
PO Box 371376
Pittsburgh, PA 15250-7370

Northeast Pest Control
1160 Broadway
Albany, NY 12204

NYS Dept. of Taxation & Finance
PO Box 5300
Albany, NY 12205-0300

OTIS Elevator Company
PO BOX 13716
Newark, NJ 07188-0716

Ramada Worldwide Inc Wyndham Corporation
22 Sylvan Way
Parsippany, NJ 07054

Spectrum Business Cable Charter Communication
Box 223085
Pittsburgh, PA 15251-2085

Spectrum Business Phone Charter Communication
Box 223085
Pittsburgh, PA 15251-2085

T-Mobile
6160 Sprint Parkway
Shawnee Mission, KS 66211

Twin Bridges - Casella
411 Route 146
Clifton Park, NY 12065

United States Bankruptcy Court
Eastern District of New York

In re: Albany Inn LLC

Case No.

Chapter 11

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 07/18/2025

/s/ Eldad Cohen
Signature of Individual signing on behalf of debtor

Manager
Position or relationship to debtor

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

_____
Eastern District of New York

In re  Albany Inn LLC

Case No. _____

**Debtor**

Chapter  11  _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ FLAT FEE

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

   Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . . . $_____

   Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

☑ RETAINER

   For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . . . $ 12,500.00

   The undersigned shall bill against the retainer at an hourly rate of . . . . . . . . . . . $ 0.00

   [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:

   ☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor          ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the Agreement, together with a list of the names of the people sharing the compensation is attached.

5. In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    d.  [Other provisions as needed]
Chapter 11 representation

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| 07/18/2025 | /s/ Gary Kushner, 2262699 |
|---|---|
| *Date* | *Signature of Attorney* |

Goetz Platzer LLP

*Name of law firm*

1 Penn Plaza
Suite 3100
New York, NY 10119